# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.

**MEMO ENDORSED**

(516) 921-3838
FAX (516) 921-3824
(516) 945-6055
FAX (516) 945-6056

www.nyfclaw.com

December 11, 2019

Via ECF
The Honorable Kenneth M. Karas
United States District Court Judge
United States District Court—S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

Re: Gustavia Home, LLC v. Salazar, et al., 16-cv-06325-KMK

Dear Honorable Judge Karas:

We represent plaintiff, Gustavia Home, LLC ("Plaintiff"), in the above-referenced action. Please accept this letter as a request for an extension of the briefing schedule for Plaintiff's Motion for Summary Judgment on consent of the parties. We respectfully request that the dates be extended as follows:

- Plaintiff shall file and serve its Motion by Friday, January 10, 2020 (originally December 13, 2019);
- Defendant shall file and serve his Opposition by Friday, February 14, 2020 (originally January 17, 2019); and
- Plaintiff shall file and serve its Reply, if any, by Friday, February 28, 2020 (extended from January 31, 2020).

This is the first request for an extension of the briefing schedule for Plaintiff's Motion. We thank the Court for its review of the within request.

Respectfully Submitted,

By: */s/Alan H. Weinreb*
Alan H. Weinreb, Esq.

*Granted, but there will be no further extensions.*

*So Ordered*

*12/11/19*

cc: Erin K Flynn, Esq., Attorney for Defendant Manuel Salazar (via ECF)