UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUSTAVIA HOME, LLC,

                Plaintiff,

v.

MANUEL R. SALAZAR, *et al.*,

                Defendants.

Case No. 16-CV-6325 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the Oral Argument on May 20, 2020, the Court denies Plaintiff's Motion for Summary Judgment.

The Clerk of the Court is respectfully directed to terminate the pending Motion, (Dkt. No. 50).

SO ORDERED.

DATED:    May 21, 2020
              White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE